CONRAD O. BEAUDOIN *vs.* EDWARD J. LENZA & another. March 6, 1959. Order for judgment affirmed. The defendant, by an oral contract, engaged the plaintiff, a building contractor, to make certain extensive alterations on his property, payment to be made in accordance with biweekly bills computed on a cost plus basis. Upon default in payment, the plaintiff refused to continue with the work, and sues upon the same cause of action in three counts: one under G. L. c. 231, § 147, for work done and materials furnished, one under G. L. c. 231, § 7, on an account annexed, and one specifically in quantum meruit. An auditor found the identical sum to be recoverable under each of the three counts. We need not differentiate among them; the defendant having defaulted in payment without justifiable cause, the plaintiff was warranted in refusing to continue the work, Williston on Contracts (Rev. ed.) § 848, and may maintain an action to recover the fair value of the work done and materials supplied. *Fitzgerald* v. *Allen,* 128 Mass. 232, 234. *Ford* v. *Burchard,* 130 Mass. 424, 426. *Monast* v. *Brodeur,* 329 Mass. 767.

*John C. Collins,* for the defendants.

*Sebastian W. Olivo,* for the plaintiff.